AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-02100-KHV-TJJ

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Hines Investment Management Holdings, LP

was received by me on *(date)*        02/22/2019        .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   C/O Registered Agent Richard Heaton        , who is

designated by law to accept service of process on behalf of *(name of organization)*

Hines Investment Management Holdings, LP        on *(date)*    02/28/2019    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date:    03/07/2019                      /s/Melinda G. Young
                                      *Server's signature*

                                      Melinda G. Young
                                      *Printed name and title*

                                      Bretz & Young
                                      3 Compound Drive
                                      Hutchinson, KS 67502
                                      *Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *SAM ENRIQUEZ*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery 2/28/19 |
| 1. Article Addressed to:<br>Hines Investment Management Holdings, LP<br>C/O Registered Agent Richard Heaton<br>2800 Post Oak Boulevard, Suite 5000<br>Houston, TX 77056 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3589 7305 1726 24 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7017 3380 0000 8081 5436 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |