**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

ALICE ACHEE-SHARP,

      **Plaintiff,**

v.

LENEXA REAL ESTATE PORTFOLIO
PARTNERS, LLC, et al.,

      **Defendants.**

Case No. 2:19-cv-02100-KHV-TJJ

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST
DEFENDANTS LENEXA REAL ESTATE PORTFOLIO PROPERTY, LLC, JCH
INVESTMENTS, INC, HINES REAL ESTATE HOLDINGS, LP, HIMH GP, LCC,
HINES INVESTMENT MANAGEMETN HOLDINGS, LP, HINES LENEXA
ASSOCIATES, LP, HINES LENEXA ACQUISITIONS PARTNES, LLC, LENEXA
PORTFOLIO HOLDINGS, LLC, LENEXA REAL ESTATE PORTFOLIO JV, LLC AND
RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Alice Achee-Sharp and Defendants Lenexa Real Estate Portfolio Partners, LLC,

Lenexa Real Estate Portfolio Property, LLC, JCH Investments, Inc., Hines Real Estate Holdings,

LP, HIMH GP, LLC, Hines Investment Management Holdings, LP, Hines Lenexa Associates,

LP, Hines Lenexa Acquisitions Partners, LLC, Lenexa Portfolio Holdings, LLC, Lenexa Real

Estate Portfolio JV, LLC, by themselves and undersigned counsel, hereby stipulate and agree

that Defendants Lenexa Real Estate Portfolio Property, LLC, JCH Investments, Inc., Hines Real

Estate Holdings, LP, HIMH GP, LLC, Hines Investment Management Holdings, LP, Hines

Lenexa Associates, LP, Hines Lenexa Acquisitions Partners, LLC, Lenexa Portfolio Holdings,

LLC, Lenexa Real Estate Portfolio JV, LLC,should be dismissed without prejudice pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(ii), with all parties to bear their own costs, expenses and attorney fees.

This dismissal does *not* apply to Defendant Lenexa Real Estate Portfolio Partners, LLC, which

remains a party in this case.

In response to the Court's Notice and Order to Plaintiff Alice Achee-Sharp to Show Cause, the parties further stipulate that each of the members of the remaining Defendant Lenexa Real Estate Portfolio Partners, LLC are residents and citizens of the state of Texas.

Respectfully submitted,

**Bretz & Young, L.L.C.**

/s/ Melinda G. Young
Melinda G. Young, KS 24309
3 Compound Dr.
P.O. Box 1782
Hutchinson, KS 67504
T: 620-662-3435
F: 620-662-3445
melinda@byinjurylaw.com
Attorney for Plaintiff

**Case Linden P.C.**

/s/ Jacqueline M. Duvall
Cory R. Buck, KS 25969
Jacqueline M. Duvall, USDC KS 78799
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
cory.buck@caselinden.com
jacqueline.duvall@caselinden.com
Attorneys for Defendants