**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ALICE ACHEE-SHARP, )<br>    Plaintiff, )<br> )<br>vs. )<br> ) Case No.:19-CV-02100-KHV-TJJ<br>LENEXA REAL ESTATE PORTFOLIO )<br>PARTNERS, LLC, and SNOWMEN 365, LLC, )<br>    Defendants. )<br>_____ ) | |

**FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiff, Alice Achee-Sharp, by and through her attorney, Melinda G. Young, and for her cause of action against the above-named Defendants states and alleges:

1. Alice Achee-Sharp is an individual, resident and citizen of the State of Missouri.

2. Defendant Lenexa Real Estate Portfolio Partners, LLC, is a foreign limited liability company and may be served with process by serving its registered agent The Corporation Company, Inc., 112 S.W. 7th Street, Suite 3C, Topeka, Kansas, 66603.

3. Defendant Snowmen 365, LLC, is a foreign limited liability company and may be served with process by serving its registered agent Michael Bizal, 7450 West 130th Street, Suite 160, Overland Park, Kansas, 66213.

4. There is complete diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

5. Venue is proper in the United States District Court for the District of Kansas as the events giving rise to this action occurred in Kansas.

EXHIBIT A

6. At all times material hereto, Defendant Lenexa Real Estate Portfolio Partners, LLC, owned, occupied, possessed, and/or controlled property located at 16105 W 113th Street, Lenexa, Kansas.

7. At all times material hereto, Alice Achee-Sharp was in the course and scope of her employment with Grantham University.

8. On or about February 21, 2018, Alice Achee-Sharp slipped and fell on ice in the parking lot of Defendant Lenexa Real Estate Portfolio Partners, LLC's property.

9. Defendant Snowmen 365, LLC, was under contract with Defendant Lenexa Real Estate Portfolio Partners, LLC, for snow plowing, salting, snow clearing and de-icing to the sidewalks, parking lots and driving areas of said property.

10. Defendants were negligent in the following, and other, respects:

    a. In creating an unreasonably dangerous condition;

    b. In maintaining an unreasonably dangerous condition;

    c. In failing to provide adequate protection from dangerous conditions;

    d. In failing to provide adequate warning of the dangerous condition;

    e. In failing to keep the business place safe;

    f. In failing to maintain the business premises; and

    g. In failing to inspect the business premises.

11. Alice Achee-Sharp suffered bodily injuries in the fall.

12. The direct and proximate cause of Plaintiff's fall is the negligence of Defendants.

13. Plaintiff brings this action for the benefit of her employer or its worker's compensation insurer as their interests appear.

14. At all times material hereto, Plaintiff was lawfully married.

15. As a result of the injuries suffered by Plaintiff, Plaintiff's husband has suffered a loss of consortium and will suffer a loss of consortium in the future.

16. Accordingly, as provided by Kansas law, Alice Achee-Sharp also brings this action for loss of consortium for the benefit of her husband.

17. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered, and will continue to suffer in the future, hospital, medical, and incidental expenses, lost wages, permanent injuries and disability, pain, suffering, loss of enjoyment of life, and loss of consortium.

WHEREFORE, Plaintiff prays for judgment against the Defendants in an amount in excess of $75,000.00, together with the costs of this action and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

 s/ Melinda G. Young
Melinda G. Young, SC # 24309
**BRETZ & YOUNG, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Melinda@byinjurylaw.com
Attorney for Plaintiff

## **REQUEST FOR JURY TRIAL**

COME NOW the Plaintiffs, pursuant to applicable law, and respectfully make demand for trial by jury of all issues herein joined.

     /s/ Melinda G. Young
melinda@byinjurylaw.com
Attorney for Plaintiff

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiffs hereby designate Kansas City, Kansas, as the place of trial in this matter.

     /s/ Melinda G. Young
melinda@byinjurylaw.com
Attorney for Plaintiff