## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALICE ACHEE-SHARP,** | |
| **Plaintiff,** | **Case No. 2:19-cv-02100-KHV-TJJ** |
| **v.** | |
| **LENEXA REAL ESTATE PORTFOLIO PARTNERS, LLC,** | |
| **Defendant/Third-Party Plaintiff,** | |
| **v.** | |
| **SNOWMEN 365, LLC,** <br> **SERVE: Jeremy Swenson** <br> **11940 Cartwright Ave., Ste. 200** <br> **Grandview, MO 64030** | |
| **Third-Party Defendant.** | |

### THIRD-PARTY COMPLAINT

Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC ("Lenexa Real Estate"), by and through undersigned counsel, and for its claims against Third-Party Defendant, Snowmen 365, LLC ("Snowmen") states and alleges as follows:

### I.    Parties, Jurisdiction, and Venue

1.    Plaintiff Alice Achee-Sharp is an individual resident and citizen of the State of Missouri.

2.    Defendant/Third-Party Plaintiff Lenexa Real Estate is a foreign limited liability company; each member of the company are residents and citizens of the State of Texas.

2

3.      Third-Party Defendant Snowmen is a Missouri limited liability company.  Upon information and belief all members of the company are residents and citizens of the State of Missouri.

4.      As to the initial Complaint, there is complete diversity of citizenship and the matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

5.      This Court has ancillary jurisdiction over Lenexa Real Estate's claims asserted herein against Snowmen.

6.      Venue is proper in the United States District Court for the District of Kansas as the events giving rise to this action occurred at 16105 W. 113th Street, Lenexa, Kansas ("the Property").

## II.      Facts Common to All Counts

7.      On or about February 21, 2018, Plaintiff Alice Achee-Sharp allegedly slipped and fell on ice in the parking lot of the Property.

8.      On or about February 21, 2019, Plaintiff Alice Achee-Sharp filed her Complaint herein against Lenexa Real Estate for its alleged negligence with respect to the removal of ice in the parking lot of the Property.

9.      On or about January 10, 2018, Lenexa Real Estate and Snowmen entered into a building services contract ("the Contract") for the performance of snow and ice removal services at the Property.

10.     The Contract was for the term of one year with an effective date of January 1, 2018, with a thirty (30) day advance written notice of cancellation provision.

11.     The Contract was in full force and effect during the relevant time, up to and including February 21, 2018.

12.     The terms of the Contract provide that it shall be governed and construed according to the laws of the State of Kansas, where the Property is located.

### III.    Indemnification

13.     As part of the terms of the Contract, Snowmen agreed to defend, indemnify, and hold harmless Lenexa Real Estate against all claims arising out of Snowmen's performance of snow and ice removal services at the Property.

14.     In her Complaint, Plaintiff alleges Lenexa Real Estate was negligent in its maintenance of the Property with respect to its alleged failure to remediate or remove the accumulation of ice in the parking lot, which resulted in her alleged fall and resulting damages.

15.     Plaintiff's claims arise from Snowmen's performance of snow and ice removal services at the Property and, accordingly, are subject to the "Hold Harmless" clause of the Contract.

Wherefore, in the event that a judgment is entered in favor of Plaintiff Alice Achee-Sharp against Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC, Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC, prays that Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC, may have judgment over and against Third-Party Defendant Snowmen 365, LLC for the same amount, or such other amount as the Court shall adjudge on the basis of the relative responsibility, if any, the Defendants and for the injuries, if any, of Plaintiff, together with costs and attorneys' fees; and for such other relief that Lenexa Real Estate Portfolio Partners, LLC, may show itself entitled and which the Court deems reasonable, appropriate, and just.

## IV.     Breach of Contract.

16.     On or about May 16, 2019, Lenexa Real Estate sent a certified letter to Snowmen informing Snowmen of the Plaintiff's lawsuit and requesting Snowmen to accept tender of the defense of this matter as per the terms of the Contract.

17.     Snowmen has refused to defend Lenexa Real Estate in this case and in so doing has breached the terms of the Contract.

18.    As a result of Snowmen's breach of the Contract, Lenexa Real Estate has been damaged, including the attorneys' fees and costs it has incurred to enforce its rights under the Contract.

WHEREFORE, Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC, prays that the Court enter judgment in its favor and against Third-Party Defendant Snowmen 365, LLC, for its attorneys' fees and costs incurred in the action, and for such other relief to which Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC, may show itself entitled and which the Court deems reasonable, appropriate, and just.

Respectfully submitted,

**Case Linden P.C.**

s/ Jacqueline M. Duvall
Cory R. Buck, KS 25969
Jacqueline M. Duvall, USDC Kan. 78799
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:  (816) 979-1500
Fax:  (816) 979-1501
cory.buck@caselinden.com
jacqueline.duvall@caselinden.com
Attorneys for Defendant/Third-Party Plaintiff
Lenexa Real Estate Portfolio Partners, LLC

**Certificate of Service**

I hereby certify that on January 10, 2020, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Melinda G. Young
Bretz & Young, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS  67504-1782
Melinda@byinjurylaw.com
Attorney for Plaintiff

                              s/ Jacqueline M. Duvall
                              Jacqueline M. Duvall