**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ALICE ACHEE-SHARP, | |
|     Plaintiff, | Case No. 2:19-cv-02100-KHV |
| v. | |
| LENEXA REAL ESTATE PORTFOLIO PARTNERS, LLC, | |
|     Defendant/Third-Party Plaintiff, | |
| v. | |
| SNOWMEN 365, LLC, | |
|     Third-Party Defendant. | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF THE THIRD-PARTY COMPLAINT**

Pursuant to Fed. R. Civ. P. 41(a), all parties herein stipulate to the Voluntary Dismissal Without Prejudice of the Third-Party Complaint (ECF No. 91) filed on January 10, 2020 by Defendant/Third-Party Plaintiff Lenexa Real Estate Portfolio Partners, LLC against Third-Party Defendant Snowmen 365, LLC.

Approved and respectfully submitted by:

**Case Linden P.C.**

s/ Jacqueline Duvall
Kevin D. Case, KS 14570
Cory R. Buck, KS 25969
Jacqueline Duvall, USDC KS 78799
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:  (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
cory.buck@caselinden.com
jacqueline.duvall@caselinden.com
Attorneys for Defendant/Third-Party Plaintiff
Lenexa Real Estate Portfolio Partners, LLC

**Franke Schultz & Mullen, P.C.**

s/ Bradley C. Nielsen
Bradley C. Nielsen, KS 22417
Heather R. Hatley, KS 26885
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO  64114
Tel:  (816) 421-7100
Fax:  (816) 421-7915
bnielsen@fsmlawfirm.com
hhatley@fsmlawfirm.com
Attorneys for Third-Party Defendant Snowmen 365, LLC

## Certificate of Service

I hereby certify that on April 8, 2021, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Melinda G. Young
Bretz & Young, L.L.C.
3 Compound Drive
P.O. Box 1782
Hutchinson, KS  67504-1782
Attorney for Plaintiff

Bradley C. Nielsen
Heather R. Hatley
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO  64114
Attorneys for Third-Party Defendant Snowmen 365, LLC

With a copy transmitted via email to:

Christian Tiedemann
Prolumina
2200 Sixth Ave., Ste. 425
Seattle, WA  98121
Special Master

        s/ Jacqueline Duvall
        Jacqueline Duvall